## Mary Smith, Appellant, v. Chicago Motor Coach Company, Appellee.

### Gen. No. 42,281.

opinion filed January 25, 1943. William Henning Rubin, for appellant; Walter N. Murray and Chester D. Kern, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."